## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEMETRIUS BAILEY, *et al.*, | No. 3:18-CV-01437 |
| Plaintiffs, | (Judge Brann) |
| v. | (Magistrate Judge Mehalchick) |
| LIBRARY ASSISTANT JURNAK, *et al.*, | |
| Defendants. | |

## ORDER

### SEPTEMBER 10, 2020

Plaintiff filed the instant action on July 19, 2019 and it was jointly assigned to the undersigned and to a magistrate judge.  Upon designation, a magistrate judge may "conduct hearings, including evidentiary hearings, and . . . submit to a judge of the court proposed findings of fact and recommendations."[1]  Once filed, this report and recommendation is disseminated to the parties in the case who then have the opportunity to file written objections.[2]

On June 17, 2020, Magistrate Judge Karoline Mehalchick, to whom this matter is jointly assigned, issued a thorough report and recommendation recommending that plaintiff Demetrius Bailey's motion for entry of judgment be denied, Defendants' motion to strike be granted to the extent that Bailey's motion

---

[1]   28 U.S.C. 636(b)(1)(B).
[2]   28 U.S.C. 636(b)(1).

is denied, and Plaintiff Richard Sutton's three motions seeking to be dismissed from this case and withdrawn as a party be granted.

No objections to the report and recommendation have been filed. For portions of the report and recommendation to which no objection is made, the Court should, as a matter of good practice, "satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."[3]  Regardless of whether timely objections are made by a party, the District Court may accept, not accept, or modify, in whole or in part, the findings or recommendations made by the magistrate judge.[4]

Because I write solely for the parties, I will not restate the facts, but will instead adopt the recitation of facts as set forth by the magistrate judge. I have conducted a de novo review here and found no error.

**AND NOW, IT IS HEREBY ORDERED** that:

1.    Magistrate Judge Karoline Mehalchick's June 17, 2020 Report and Recommendation, Doc. 103, is **ADOPTED in full**.

2.    Plaintiff Demetrius Bailey's motion for entry of judgment, Doc. 53, is **DENIED**.

---

[3]   Fed. R. Civ. P. 72(b), advisory committee notes; *see also Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa.2010) (*citing Henderson v. Carlson*, 812 F.2d 874, 878 (3d Cir. 1987) (explaining that judges should give some review to every report and recommendation)).
[4]   28 U.S.C. § 636(b)(1); Local Rule 72.31.

3.      Defendants' motion to strike, Doc. 85, is **GRANTED** to the extent

that Bailey's motion for entry of judgment is denied.

4.      Plaintiff Richard Sutton's motions to be dismissed as a party, Docs.

75, 91, 100, are **GRANTED**.

5.      Plaintiff Richard Sutton is **DEEMED WITHDRAWN** from this

action and **TERMINATED** from this action's docket.

6.      This matter is referred back to Magistrate Judge Mehalchick for

further proceedings.


BY THE COURT:


_s/ Matthew W. Brann_
Matthew W. Brann
United States District Judge