# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEMETRIUS BAILEY, *et al.*, | No. 3:18-CV-01437 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| LIBRARY ASSISTANT JURNAK, | |
| Defendant. | |

## ORDER

**FEBRUARY 8, 2023**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Plaintiff Demetrius Bailey's motion (Doc. 175) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge